STATE OF NEW JERSEY v. CHARLES WILLIAMS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY J. WILLIAMS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CYNTHIA CUPE.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE LASSITER.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WADE.

September 6, 1989.

Petition for certification denied.